**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WUALMER DIONISIO OROZCO POJOY** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | **NO.   26-4767** |
| **J.L. JAMISON, et al** | : | |
| *sued in his official capacity as the Warden of the* | : | |
| *Philadelphia Federal Detention Center (FDC)* | : | |
| *Defendant.* | : | |

## O R D E R

**AND NOW,** this 12th day of August, 2026, upon consideration of Notice of Voluntary

Dismissal filed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (ECF #6) and

upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil

Procedure of this Court, it is **ORDERED** that the above action is **DISMISSED** without

prejudice.

 */s/ Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy to the
Honorable Mary Kay Costello
United States District Court Judge